**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

UNITED STATES OF AMERICA,      )
                            )
         Plaintiff,        )
                            )
        v.              )        No.  15-06004-10-CR-SJ-DGK
                            )
TAYLOR LEE SYAS,           )
                            )
        Defendant.     )

**ACCEPTANCE OF GUILTY PLEA AND**
**ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge John T. Maughmer (Doc. 464), the plea of guilty by the Defendant to Counts Three, Five, and Six, and the Forfeiture Allegation of the Superseding Indictment is now accepted and the Defendant is adjudged guilty of such offenses.  Sentencing will be set by subsequent order of the Court.

                                               /s/ Greg Kays
                                 GREG KAYS, CHIEF JUDGE
                                 UNITED STATES DISTRICT COURT

Dated:  June 27, 2017